UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE |
| -against- | -CR-    ( ) ( ) |
| MICHAEL BURKS, | 20mj11499 |
| Defendant(s). | |

-------------------------------------------------------------------X

Defendant __Michael Burks_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_/s/ Michael Burks_____                    _____
Defendant's Signature                                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Michael Burks_____                     _Jason Ser_____
Print Defendant's Name                                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_10/27/2020_____                              _____
   Date                                                                   U.S. District Judge/U.S. Magistrate Judge
                                                                            Judith C. McCarthy